PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>(1) AN LG MS210 ARISTO K8 WITH IMEI 358772080835962, LOCATED AT THE CHICO PLICE DEPARTMENT<br><br>(2) A PREVIOUSLY GENERATED ELECTRONIC FORENSIC REPORT FROM AN LG MS210 ARISTO K8 WITH IMEI 358772080835962, LOCATED AT THE CHICO PLICE DEPARTMENT | CASE NOS.:<br><br>(1) 2:18-SW-0356-KJN<br><br>(2) 2:18-SW-0357-KJN<br><br>**[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:   April 25, 2022

_allison claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE